No. 83–1620. FIRST NATIONAL BANK OF ATLANTA, AS SUCCESSOR IN INTEREST TO FIRST NATIONAL BANK OF CARTERSVILLE, GEORGIA *v.* BARTOW COUNTY BOARD OF TAX ASSESSORS ET AL. Appeal from Sup. Ct. Ga. Probable jurisdiction noted.

No. 83–1476. UNITED STATES *v.* DANN ET AL. C. A. 9th Cir. Certiorari granted.

No. 83–1632. HARPER & ROW, PUBLISHERS, INC., ET AL. *v.* NATION ENTERPRISES ET AL. C. A. 2d Cir. Certiorari granted.

No. 83–1292. WAYTE *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 83–595. SNOW ET AL. *v.* QUINAULT INDIAN NATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–871. FOSTER, SHERIFF OF ROANOKE COUNTY, VIRGINIA, ET AL. *v.* LANKFORD. C. A. 4th Cir. Certiorari denied.

No. 83–1067. MADDOX *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–1155. JACKSON *v.* UNITED STATES;
No. 83–6086. BUMGARDNER *v.* UNITED STATES; and
No. 83–6092. ELEAZAR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 717 F. 2d 1481.

No. 83–1261. LYDDAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.